# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>SINGH JAGMOHAN,<br><br>    Defendant. | Case No.  1:20-cv-00723-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO DISCOVERY REQUESTS<br><br>(ECF No. 15) |

On September 18, 2020, the parties filed a stipulation for an extension of time for Defendant Singh Jagmohan to respond to interrogatories, requests for admissions, and requests for production of documents that were served August 20, 2020.  Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant shall serve his responses to the discovery requests on or before October 9, 2020.

IT IS SO ORDERED.

Dated:  **September 21, 2020**

UNITED STATES MAGISTRATE JUDGE

1