# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>SINGH JAGMOHAN,<br><br>    Defendant. | Case No. 1:20-cv-00723-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S SET-ONE INTERROGATORIES AND SET-ONE REQUEST FOR PRODUCTION OF DOCUMENTS<br><br>(ECF No. 17) |

On November 18, 2020, the parties filed a stipulation for an extension of time for Plaintiff to respond to Defendant's set-one interrogatories and request for production of documents.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff shall serve the discovery responses on or before **November 20, 2020**.

IT IS SO ORDERED.

Dated:  **November 18, 2020**

UNITED STATES MAGISTRATE JUDGE