# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SINGH JAGMOHAN,<br><br>　　　　　Defendant. | Case No. 1:20-cv-00723-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 22)<br><br>THIRTY DAY DEADLINE |

On May 22, 2020, Plaintiff filed this action under the Americans with Disabilities Act. (ECF No. 1.)  On August 2, 2021, a notice of settlement was filed informing the Court that the parties have reached a tentative settlement resolving this action and are in the process of preparing the settlement agreement.  (ECF No. 22.)  The stipulation states that the parties expect the settlement to be finalized within sixty (60) days.  (Id.)

Pursuant to Local Rule, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time.  L.R. 160(b). The Court shall set a deadline of thirty (30) days to finalized the settlement agreement based on the parties' general proffer that they would like to avoid additional expense and expect it to be completed in sixty (60) days, however, the Court does not find this case to present any extraordinary facts that would require sixty (60) days to finalize the settlement, and the parties have not made a specific showing of good cause in their stipulation justifying such request.

/ / /

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within **thirty (30) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: **August 3, 2021**

UNITED STATES MAGISTRATE JUDGE