# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HERNANDEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>SINGH JAGMOHAN,<br><br>    Defendant. | Case No.  1:20-cv-00723-SAB<br><br>ORDER GRANTING REQUEST TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF Nos. 23, 24)<br><br>OCTOBER 2, 2021 DEADLINE |

On May 22, 2020, Plaintiff filed this action under the Americans with Disabilities Act. (ECF No. 1.) On August 2, 2021, a notice of settlement was filed informing the Court that the parties had reached a tentative settlement resolving this action and were in the process of preparing the settlement agreement. (ECF No. 22.) The stipulation stated that the parties expected the settlement to be finalized within sixty (60) days. (Id.) On August 3, 2021, given the dictates of Local Rule 160(b), the Court ordered dispositional documents to be filed within thirty (30) days, finding this case presented no extraordinary facts to require sixty (60) days to finalize the settlement, and that the parties had not shown specific good cause to grant such time. (ECF No. 23.)

On August 31, 2021, the parties filed a stipulation requesting an additional thirty (30) days to file dispositional documents proffering that they have finalized the terms of the settlement and the agreement is being circulated for signatures, however, additional time is required to collect the signatures and comply with the terms of the agreement. (ECF No. 24.)

The Court generally does not allow dispositional documents to await compliance with terms of a settlement agreement, however, given the agreement is finalized, being circulated for signature, and the parties only request thirty (30) days to file dispositional documents, the Court shall grant the request based on good cause.

        Accordingly, it is HEREBY ORDERED that:

1. The request to extend the time to file dispositional documents is GRANTED; and
2. The parties shall file dispositional documents on or before October 2, 2021.

IT IS SO ORDERED.

Dated:   **September 1, 2021**                                    _____
                                                                   UNITED STATES MAGISTRATE JUDGE