# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HERNANDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>SINGH JAGMOHAN,<br><br>        Defendant. | Case No. 1:20-cv-00723-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND REFLECT VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)<br><br>(ECF No. 26) |

On September 29, 2021, the parties filed a joint stipulation dismissing this action with prejudice and with each party to bear its own costs and fees.  (ECF No. 26.)  In light of the stipulation of the parties, this action is terminated by operation of law, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs of attorneys' fees.

Accordingly, the Clerk of the Court is hereby directed to close this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: __September 30, 2021__            _____
                                                     UNITED STATES MAGISTRATE JUDGE