# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HERNANDEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>SINGH JAGMOHAN,<br><br>  Defendant. | Case No. 1:20-cv-00723-SAB<br><br>ORDER GRANTING WITHDRAWAL OF ARIEL VENTO AS ATTORNEY FOR PLAINTIFF AND DIRECTING CLERK OF COURT TO TERMINATE ARIEL VENTO AS ATTORNEY OF RECORD<br><br>(ECF No. 28) |

On May 24, 2022, a notice of withdrawal of Ariel Vento of Potter Handy, LLC[1] as counsel for Plaintiff was filed. (ECF No. 28.) Other counsel from the law firm of Potter Handy, LLC remains as counsel of record.

///

///

///

///

///

---

[1] The Court notes the docket reflects that Ms. Vento and her colleagues are all attorneys of the law firm Potter Handy, LLC. However, the notice of withdrawal states Ms. Vento was with the firm Center for Disability Access, located at the same address as Potter Handy, LLP. Regardless, withdrawal is proper.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The request to withdraw Ariel Vento as counsel is GRANTED; and
2. The Clerk of the Court is DIRECTED to terminate Ariel Vento as attorney for Plaintiff.

IT IS SO ORDERED.

Dated: **May 25, 2022**

UNITED STATES MAGISTRATE JUDGE

2